Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Case: 2:24-cv-00835
Assigned To : Bennett, Jared C.
Assign. Date : 11/7/2024
Description: Gonzales v. Birdley et al

Chastity Quintana Gonzales
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

James Clark Birdlesy
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Police Department Salt Lake City
Apt P R-3 1300 South

Case No. _____

Jury Trial: *(check one)* ☒ Yes ☐ No

FILED US District Court-UT
NOV 07 '24 PM 04:18

FILED US District Court-UT
NOV 07 '24 PM 04:18

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Chastity Quintana Gonzales
Address: 131 east 700th south
City: SLC  State: Ut  Zip Code: 84111
County: USA
Telephone Number: NO
E-Mail Address: NO

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: James Clark Birdley
Job or Title: Undercover officer's
Address: 330 east 700th south Build L door/208
City: SLC  State: Ut  Zip Code: 84111
County: USA
Telephone Number: 385 549 4944
E-Mail Address:
[X] Individual capacity  [ ] Official capacity

Defendant No. 2
Name: Salt lake City Police Department
Job or Title: Street Car Police/Build officer's
Address: 300 east 400 south
City: SLC  State: Ut  Zip Code: 84111
County: USA
Telephone Number:
E-Mail Address:
[X] Individual capacity  [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**
Name: Adult Probation and Parole
Job or Title (if known): Probation/Parole Officer
Address: _____
City: SLC   State: UT   Zip Code: 84111
County: USA
Telephone Number: 385-227-2221
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name: Women Center for Homeless Women
Job or Title (if known):
Address: 131 east 700 South
City: SLC   State: UT   Zip Code: 84111
County: USA
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Civil Human Right violated /open/General Rights

Still looking up the violate Code's and Name's

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Sexual misconduct a type of violence that used the power to take you through toil as James Clerk Birdley was under lining my sexual conduct out loud to other people and friend's from the job calling me Bad Name's and making statements Damageng to a female

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Is Been about one years and Four months on the Streets of Salt Lake City Ut 84111 700 South right too the River Rock Apt. on 300 east and 700th Is men name James C. Birdley was very sexly Abuseful and Abuse Losing Control on Me and get other Homeless women to fight me

B. What date and approximate time did the events giving rise to your claim(s) occur? Oct 01, 2024 to Nov 01, 2024 and about 6 month Back file Criminal I. Chastity Quintana would like to file Criminal Conviction on James Clerk Birdley Abuse Rights Abuse Agency, Abuse Powers and Abuse duties

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Being use for Free Sex and get personal Info and Reopening Some old Detail of my life just to make funney joke with other people and to see if I had some type of updated Info. James Clerk Birdsey seen me nude and want and told every Body He liked to agaist my will as the Belittle me and kick me out on the Street of Utah and was Hittin me and pushing me around and calling me Bad Name want Having Sex Before and After and Seeing other people in this ap undercover case just using as for Money and Free Sex they turning around and calling in A friend to Help Him Because was a Cop and Next thing you know I fo to jail Because He lie's on a police Report and it High on Drug's James on a Dailes as He Sale's street Drug from River Rock Apt.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Still looking for a good medical Treatment office's to report this Men to as the Day's go Back. A long team of 801 799-3000 / 801-746-0404 this was very painful for me to Have to Do Because in the Back of my main I seen this officer's as a good Guy To Help me and keep me safe for the other Homeless Women and Men who would like me kill or Deid in any way. Who can I go to? for the real Help I may need Before I Do get kill from this group of people, He making more issue

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I Chastity Quintana Gonzales would like to request money for the personal damages in the amounts of $300,000 Dollar Tax Free and paid on the Day I will Win this Civil Right lawsuit. I Didn't Need all those New people Knowing things about my personal Nude Body and Have James as Boyfriend was NOT going to Be a good ending Because of the Street Drugs and His state of mine being a Cop. I was told by Him more time's they once I Hope you get "killed and taking to the local River. Scarface ugly can't make No money on the Street of Utah Because of Her personal Body and Her State of mind she "Crazy" and Has a Disorder.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: NOV 07, 2024

Signature of Plaintiff: *Chastity Quintana*

Printed Name of Plaintiff: Chastity Quintana

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____