IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHASTITY QUINTANA-GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES CLARK BIRDLEY, et al.,<br><br>    Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:24-cv-00835<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff Chastity Quintana-Gonzales, proceeding pro se, filed this lawsuit against several Defendants and sought leave to proceed in forma pauperis ("IFP").[1] The case was referred to the Honorable Jared C. Bennett, who temporarily granted Plaintiff's IFP motion and advised that he would screen her complaint under 28 U.S.C. § 1915(e)(2).[2]

Judge Bennett issued a memorandum decision and order, in which he concluded that Plaintiff's complaint did not state a plausible claim for relief.[3] Even so, Judge Bennett granted Plaintiff an opportunity to amend her complaint, directing her to file a revised pleading by May 15, 2025.[4] At the same time, Judge Bennett warned Plaintiff that the action may be dismissed with prejudice if she failed to file an amended complaint that stated a plausible claim for relief.[5]

Plaintiff did not file an amended complaint. Accordingly, Judge Bennett issued a report and recommendation, stating that this case should be dismissed with prejudice because Plaintiff had

---

[1] *See* ECF No. 1 at 1–2; ECF No. 2 at 1.
[2] ECF No. 3; ECF No. 4 at 1.
[3] ECF No. 7 at 5–6.
[4] *Id.* at 6–7.
[5] *Id.* at 7

not stated a plausible claim for relief and her failure to file an amended complaint demonstrated that allowing further opportunity to amend would be futile.[6] Judge Bennett noted that copies of the report and recommendation would be sent to all parties, and that each party would have 14 days to object after receiving the report and recommendation.[7] He further cautioned that if the parties failed to object, their objections may be deemed waived in the event of further review.[8]

The 14-day deadline has lapsed, and no objections have been filed. Accordingly, the Court, finding no clear error on the face of the record, hereby ADOPTS the report and recommendation (ECF No. 9). Fed. R. Civ. P. 72(b), advisory committee's note to 1983 addition. This case is DISMISSED WITH PREJUDICE.

DATED this 2nd day of October 2025.

BY THE COURT:

_____
Ann Marie McIff Allen
United States District Judge

---

[6] ECF No. 9 at 2, 6–7.
[7] *Id.* at 7–8.
[8] *Id.* at 8.